IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02152-LTB-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1999 JEEP CHEROKEE, VIN 1J4GW68S7XC649075,

        Defendant.

---

## FINAL ORDER OF FORFEITURE
---

        THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

        THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

        THAT the United States and claimant Rafael Chavez have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

        THAT no other claims to the defendant 1999 Jeep Cherokee, VIN 1J4GW68S7XC649075 (defendant Jeep) have been filed;

        THAT upon agreement of the parties, claimant Rafael Chavez shall forfeit to the United States, $2,500.00 in readily available funds in lieu of defendant Jeep;

        THAT the United States has received $2,500.00 from claimant Chavez; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the $2,500.00 paid by claimant Chavez to the United States in lieu of forfeiture of defendant Jeep, is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited $2,500.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendant Jeep; and

THAT the Clerk of Court is directed to enter Judgment as to the forfeited $2,500.00 pursuant to Rule 54 of the Federal Rules of Civil Procedure.

SO ORDERED this 9th day of June, 2008.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge